| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| JOSE L. PATINO, ESQ., Bar #149568<br>JONES DAY<br>12265 EL CAMINO REAL<br>SUITE 200<br>SAN DIEGO, CA  92130<br>Telephone No: 858-314-1200   FAX No: 858-314-1150 | | |
| Attorney for: Plaintiff | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Central District Of California Santa Ana Division

Plaintiff: FUTUREWEI TECHNOLOGIES, INC., ET AL.
Defendant: ACACIA RESEARCH CORPORATION, ET AL.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>SACV12-0511 AG (JPRX) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; HUAWEI DEVICE USA INC.'S CORPORATE DISCLOSURE STATEMENT; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; FUTUREWEI TECHNOLOGIES, INC.'S CORPORATE DISCLOSURE STATEMENT; NOTICE TO PARTIES: COURT POLICY ON SETTLEMENT AND USE OF ALTERNATIVE DISPUTE RESOLUTION (ADR)

3. a. Party served:           ACACIA RESEARCH CORPORATION
   b. Person served:          CHERYL WILLIFORD, AUTHORIZED TO ACCEPT

4. Address where the party was served:   500 NEWPORT CENTER DRIVE
                                         7TH FLOOR
                                         NEWPORT BEACH, CA  92660

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Apr. 12, 2012 (2) at: 1:47PM

7. **Person Who Served Papers:**                      Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Timothy Bercovitz                               d. **The Fee for Service was:** $64.80
   b. **FIRST LEGAL SUPPORT SERVICES**                e. I am: (3) registered California process server
      301 CIVIC CENTER DRIVE                                (i)   Independent Contractor
      SANTA ANA, CA  92702                                  (ii)  Registration No.:     1803
   c. 714-541-1110                                          (iii) County:                Orange

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Fri, Apr. 13, 2012

   Judicial Council Form                    PROOF OF SERVICE             (Timothy Bercovitz)
   Rule 2.150.(a)&(b) Rev January 1, 2007                                                   808645   jospat.441968